IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH
5 Genesseo Circle
Milford, MA 01757

           Plaintiff,

    v.

ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis, IN 46285
w/s/o NATIONAL REGISTERED AGENTS, INC.
1090 Vermont Avenue, NW, #910
Washington, DC 20005

    and

BRISTOL-MYERS SQUIBB COMPANY
a successor of E.R. SQUIBB & SONS, INC.
P.O. Box 4500
Princeton, NJ 08543
    w/s/o CT CORPORATION
    1025 Vermont Avenue, N.W.
    Washington, DC 20005

    and

PHARMACIA and UPJOHN COMPANY
(aka THE UPJOHN COMPANY)
100 Route 206 North
Peapack, NJ 07977
    w/s/o CT CORPORATION
    1025 Vermont Avenue, N.W.
    Washington, DC 20005

Case No. _____

and

DART INDUSTRIES, INC. a successor to
REXALL DRUG COMPANY, INC.
14901 South Orange Blossom Trial
Orlando, FL 32837
w/s/o:  Sheila AnnMarie Moeller, Esq.
         Gilbride, Tusa, Last & Spellane LLC
         31 Brookside Drive
         Greenwich, CT  06836

and

PREMO PHARMACEUTICAL LABORATORIES, INC.
w/s/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ  08628

and

PERSON & COVEY, INC.
616 Allen Avenue
Glendale, CA 91221

and

MALLINCKRODT, INC.,
       a Delaware Corporation
675 McDonnell Boulevard
St. Louis, MO 63042

2

and

GLAXOSMITHKLINE, INC.,
a successor to S.E. Massengill
1500 K Street, NW
Washington, DC 20036

and

ABBOTT LABORATORIES, INC.
100 Abbott Park Road
Abbott Park, IL 60064
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

and

MERCK & COMPANY, INC.
P.O. Box 4
West Point, PA 19486
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

and

ELAN PHARMACEUTICALS
As successor of CARNRICK LABORATORIES, INC.
800 Gateway Boulevard
South San Francisco, CA 94080
w/s/o CT CORPORATION
1025 Vermont Avenue, NW
Washington, DC 20036

LIBNY/4488572.1

and

ORTHO-MCNEIL PHARMACEUTICAL, INC.
A Delaware Corporation
1000 Route 202 South
Raritan, NJ 08869

　　　　　　　　　　　　　Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, Defendant, Premo Pharmaceutical Laboratories, Inc. ("Premo") files this Notice of Removal and states:

1. On or about November 30, 2005, Plaintiff Laurie Jo Ainsworth Warich commenced an action against defendants in the Superior Court for the District of Columbia, Civil Division, as Civil Action No. 05-0009268 ("the Superior Court action"), by filing a complaint for damages. The United States District Court for the District of Columbia is the district embracing the place where the action is pending.

2. A certified copy of all process, pleadings, and orders on file in the Superior Court action as of December 28, 2005 is attached hereto as Exhibit A, and specifically incorporated herein.

3. Defendants Premo, GlaxoSmithKline (erroneously sued as GlaxoSmithKline, Inc.), Mallinckrodt, Inc. and Ortho-McNeil Pharmaceutical, Inc. received service of process on December 5, 2005. Defendants Eli Lilly and Company, Bristol-Meyers Squibb Company, Pharmacia and Upjohn Company, Abbott Laboratories, Inc, Merck & Company, Inc., Dart Industries, Inc., and Person & Covey, Inc. received service of process on December 6, 2005. Elan Pharmaceuticals received service of process on December 9, 2005.

LIBNY/4488572.1

4. The original notice of removal was filed within thirty (30) days of the first date in which any defendant to this action was served with a summons and copy of the complaint. Consequently, the notice is timely under 28 U.S.C. §1446 (b).

5. Based upon the information contained in the complaint, Plaintiff Laurie Jo Ainsworth Warich was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a resident of the Commonwealth of Massachusetts.

6. Upon information and belief, Defendant Eli Lilly and Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal an Indiana corporation within its principal place of business in the State of Indiana.

7. Upon information and belief, Defendant Bristol-Myers Squibb Company, sued herein as Bristol-Myers Squibb Company, a successor of E.R. Squibb & Sons, Inc., was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of New York.

8. Upon information and belief, Defendant Pharmacia and Upjohn Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Michigan.

9. Upon information and belief, Defendant Dart Industries, Inc., sued herein as Dart Industries, Inc., a successor to Rexall Drug Company, Inc., was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Florida.

10. Defendant Premo was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a New Jersey corporation with its principal place of business in the State of Connecticut.

LIBNY/4488572.1

11. Upon information and belief, Defendant Person & Covey, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a California corporation with its principal place of business in the State of California.

12. Upon information and belief, Defendant Mallinckrodt, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Missouri.

13. Upon information and belief, Defendant GlaxoSmithKline, sued herein as GlaxoSmithKline, Inc. a successor to S.E. Massengill, was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Pennsylvania corporation with a principal place of business in the Commonwealth of Pennsylvania.

14. Upon information and belief, Defendant Abbott Laboratories, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal an Illinois corporation with its principal place of business in the State of Illinois.

15. Upon information and belief, Defendant Merck & Company, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a New Jersey corporation with its principal place of business in the State of New Jersey.

16. Upon information and belief, Defendant Elan Pharmaceuticals, sued herein as Elan Pharmaceuticals as successor of Carnrick Laboratories, Inc., was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in California.

17. Upon information and belief, Defendant Ortho-McNeil Pharmaceutical, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in New Jersey.

LIBNY/4488572.1

18. According to the Complaint, plaintiff is seeking a total of Two Million ($2,000,000) dollars in compensatory and punitive damages. Accordingly, the matter in controversy in the state action exceeds the sum of $75,000.00, exclusive of interest and costs.

19. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. §1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441 (b), because it is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

20. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. §1441 (b) because no Defendant is a citizen of the District of Columbia.

21. All Defendants consent to removal of this action. Copies of consent forms for each such defendant are attached at Exhibit B.

22. Pursuant to 28 U.S.C. § 1446(d), Premo will file a Notice of Filing of Notice of Removal with the Superior Court for the District of Columbia, Civil Division and serve it on all parties promptly. A copy of the Notice of Filing of Notice of Removal is attached at Exhibit C.

23. Premo will also promptly serve upon Plaintiffs' counsel a Notice of Removal to All Adverse Parties pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal to All Adverse Parties is attached at Exhibit D.

LIBNY/4488572.1

Respectfully submitted,

By: *[signature: Sallie F Pullman]*
Sallie Pullman (Bar No. 482401)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
SPullman@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2005, a copy of the foregoing Notice of Removal was filed and mailed, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

John F. Kuckelman, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

and

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
800 Hamilton Square
600 14th Street, N.W.
Washington, D.C. 20005
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company, Merck & Company, Inc. and Ortho-McNeil Pharmaceutical, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Defendant Person & Covey, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 Fifteenth Street
Washington, DC 20005
*Attorneys for Defendant Abbott Laboratories, Inc.*

Harold M. Walter
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
*Attorneys for Defendant Elan Pharmaceuticals*

Sallie Pullman (Bar No. 482401)

10