THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LAURIE JO AINSWORTH WARICH

                      **Plaintiff,**

      **vs.**

ELI LILLY AND COMPANY, et al.,

                   **Defendants**.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Civil Action No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Defendant Eli Lilly and Company, by and through its attorneys Michelle R. Mangrum and Shook, Hardy & Bacon, L.L.P., with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (2005 CA 009268 B) to this Court.

*Michelle R. Mangrum*

Michelle R. Mangrum (D.C. Bar No. 473634)
Shook, Hardy & Bacon, L.L.P.
800 Hamilton Square
600 14th Street, N.W.
Washington, D.C. 20005-2004

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

127977v1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

          Plaintiff,

      v.

ELI LILLY AND COMPANY et al.,

          Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Bristol-Meyers Squibb Company, acting through its attorneys, Sidney G. Leech and

Goodell, DeVries, Leech and Dann, LLP, hereby consents to the removal of the above-captioned

case from the Superior Court of the District of Columbia to the United States District Court for

the District of Columbia.

_Sidney G. Leech /bmr_
Sidney G. Leech, Esq. (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

*Attorneys for Defendant*
*Bristol-Myers Squibb Company*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE JO AINSWORTH WARICH,<br><br>  Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY et al.,<br><br>  Defendants. | CIVIL ACTION No. _____<br><br>Superior Court Civil Action<br>No. 2005 CA 009268 B |

## CONSENT TO REMOVAL

Defendant Pharmacia and Upjohn Company, acting through its attorneys, Elizabeth

Ewert, Esq. and Drinker Biddle and Reath, LLP, hereby consents to the removal of the above-

captioned case from the Superior Court of the District of Columbia to the United States District

Court for the District of Columbia.

_Elizabeth Ewert /dmr_

Elizabeth Ewert, Esq. (D.C. Bar No. 479368)
Drinker Biddle and Reath, LLP
1500 K Street, NW, Suite 110
Washington, DC 20005-1209

*Attorneys for Defendant Pharmacia and Upjohn
Company*

LIBNY/4455562.2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

        Plaintiff,

    v.

ELI LILLY AND COMPANY et al.,

        Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Defendant Dart Industries, Inc., acting through its attorneys, John F. Anderson, Esq. and

Troutman Sanders, LLP, hereby consents to the removal of the above-captioned case from the

Superior Court of the District of Columbia to the United States District Court for the District of

Columbia.

*John F. Anderson /dmr*

John F. Anderson, Esq. (D.C. Bar No. 393764)
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA  22102

*Attorneys for Defendant Dart Industries, Inc.*

LIBNY/4455576.2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

Plaintiff,

v.

ELI LILLY AND COMPANY et al.,

Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

### CONSENT TO REMOVAL

Defendant Person & Covey, Inc., acting through its attorneys, Jodi V. Zagorin, Esq. and

Hudgins Law Firm, hereby consents to the removal of the above-captioned case from the

Superior Court of the District of Columbia to the United States District Court for the District of

Columbia.

_Jodi V. Zagorin/SFP_

Jodi V. Zagorin, Esq. (D.C. Bar No. 472225)
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314

*Attorneys for Defendant Person & Covey, Inc.*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

Plaintiff,

v.

ELI LILLY AND COMPANY et al.,

Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Defendant Mallinckrodt, Inc., acting through its attorneys, Daniel W. Whitney, Esq. and

Whitney and Bogris, LLP, hereby consents to the removal of the above-captioned case from the

Superior Court of the District of Columbia to the United States District Court for the District of

Columbia.

Daniel W. Whitney /dmr
Daniel W. Whitney, Esq. (D.C. Bar No. 438668)
Whitney and Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD  21204

*Attorneys for Defendant Mallinckrodt, Inc.*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

Plaintiff,

v.

ELI LILLY AND COMPANY et al.,

Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

### CONSENT TO REMOVAL

GlaxoSmithKline, sued herein as "GlaxoSmithKline, Inc. a successor to S.E. Massengill"

acting through its attorneys, Daniel W. Whitney, Esq. and Whitney and Bogris, LLP, hereby

consents to the removal of the above-captioned case from the Superior Court of the District of

Columbia to the United States District Court for the District of Columbia.

*Daniel W. Whitney/dmr*
Daniel W. Whitney, Esq. (D.C. Bar No. 438668)
Whitney and Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, MD 21204

*Attorneys for Defendant GlaxoSmithKline*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

            Plaintiff,

      v.

ELI LILLY AND COMPANY et al.,

            Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Abbott Laboratories, Inc., acting through its attorneys, Jennifer Gardner Levy and

Kirkland & Ellis, hereby consents to the removal of the above-captioned case from the Superior

Court of the District of Columbia to the United States District Court for the District of Columbia.

_Jennifer Gardner Levy /dmr_
_____
Jennifer Gardner Levy, Esq. (D.C. Bar No.461921)
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, DC  20005-5793

*Attorneys for Defendant Abbott Laboratories, Inc.*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

    Plaintiff,

v.

ELI LILLY AND COMPANY et al.,

    Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Defendant Merck & Company, Inc., acting through its attorneys, Elizabeth Ewert, Esq.

and Drinker Biddle and Reath, LLP, hereby consents to the removal of the above-captioned case

from the Superior Court of the District of Columbia to the United States District Court for the

District of Columbia.

*Elizabeth Ewert / dmw*

Elizabeth Ewert, Esq. (D.C. Bar No. 479368)
Drinker Biddle and Reath, LLP
1500 K Street, NW, Suite 110
Washington, DC 20005-1209

*Attorneys for Defendant Merck & Company, Inc.*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

Plaintiff,

v.

ELI LILLY AND COMPANY et al.,

Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

**CONSENT TO REMOVAL**

Defendant Elan Pharmaceuticals, sued herein as "Elan Pharmaceuticals as successor of

Carnrick Laboratories, Inc., acting through its attorneys, Harold M. Walter, Esq. and Tydings &

Rosenberg, LLP, hereby consents to the removal of the above-captioned case from the Superior

Court of the District of Columbia to the United States District Court for the District of Columbia.

*Harold M. Walter /dmr*

Harold M. Walter, Esq. (D.C. Bar No. 491730)
Tydings & Rosenberg, LLP
100 East Pratt Street
Suite 2600
Baltimore, MD 21202

*Attorneys for Defendant Elan Pharmaceuticals*

LIBNY/4455555.2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH WARICH,

        Plaintiff,

    v.

ELI LILLY AND COMPANY et al.,

        Defendants.

CIVIL ACTION No. _____

Superior Court Civil Action
No. 2005 CA 009268 B

## CONSENT TO REMOVAL

Defendant Ortho-McNeil Pharmaceutical, Inc., acting through its attorneys, Elizabeth

Ewert, Esq. and Drinker Biddle and Reath, LLP, hereby consents to the removal of the above-

captioned case from the Superior Court of the District of Columbia to the United States District

Court for the District of Columbia.

*Elizabeth Ewert/dmr*

Elizabeth Ewert, Esq. (D.C. Bar No. 479368)
Drinker Biddle and Reath, LLP
1500 K Street, NW, Suite 110
Washington, DC 20005-1209

*Attorneys for Defendant*
*Ortho-McNeil Pharmaceutical, Inc.*