UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------x
:
LAURIE JO AINSWORTH WARICH,           :   Case No. _____
:
         Plaintiff,                 :
:
- vs. -                                :
:
ELI LILLY AND COMPANY, et al.,        :
:
         Defendants.               :
:
-------------------------------------------------x

## NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

To:   Aaron M. Levine, Esq.
      Aaron M. Levine & Associates, PA
      1320 19th Street, NW
      Suite 500
      Washington, D.C. 20036

    PLEASE TAKE NOTICE, that on December 28, 2005, Defendant Premo Pharmaceutical Laboratories, Inc. is filing a Notice of Removal of this action to the United States District Court for the District of Columbia. A true and correct copy of the Notice of Removal is annexed hereto.

LIBNY/4488583.1

This Notice is served upon you as counsel of record for plaintiffs in compliance with 28 U.S.C. § 1446.

Dated: Washington, D.C.
       December 28, 2005

                                                Respectfully submitted,

                                                By: _____
                                                       Sallie Pullman (Bar No. 482401)

                                                GOODWIN PROCTER LLP
                                                901 New York Avenue, N.W.
                                                Washington, D.C. 20001
                                                Telephone: (202) 346-4000
                                                Facsimile: (202) 346-4444
                                                Spullman@goodwinprocter.com

                                                *Attorneys for Defendant*
                                                *Premo Pharmaceutical Laboratories, Inc.*

                                                Of Counsel:
                                                Christopher Garvey, Esq.
                                                Diana M. Rosenberg, Esq.
                                                GOODWIN PROCTER LLP
                                                599 Lexington Avenue
                                                New York, New York 10022
                                                Telephone (212) 813-8800
                                                Facsimile (212)  355-3333
                                                Cgarvey@goodwinprocter.com
                                                Drosenberg@goodwinprocter.com

LIBNY/4488583.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2005, a copy of the foregoing Notice of Removal was filed and mailed, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

John F. Kuckelman, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

and

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
800 Hamilton Square
600 14th Street, N.W.
Washington, D.C. 20005
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company, Merck & Company, Inc. and Ortho-McNeil Pharmaceutical, Inc.*

LIBNY/4488583.1

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.*

David D. Hudgins, Esquire
Jodi V. Zagorin, Esquire
Hudgins Law Firm
515 King Street
Suite 400
Alexandria, VA 22314
*Attorneys for Defendant Person & Covey, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 Fifteenth Street
Washington, DC 20005
*Attorneys for Defendant Abbott Laboratories, Inc.*

Harold M. Walter
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
*Attorneys for Defendant Elan Pharmaceuticals*

／s／ Sallie Pullman
Sallie Pullman (Bar No. 482401)