IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-02476 (JDB) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of RENEE L. ROBINSON-MEYER of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff LAURIE JO AINSWORTH WARICH in the above-referenced matter.

                                                          Respectfully submitted,

                                                          AARON M. LEVINE & ASSOCIATES


                                                          /s/ Renee L. Robinson-Meyer
                                                          RENEE L. ROBINSON-MEYER,#455375
                                                          1320 19th Street, N.W., Suite 500
                                                          Washington, DC  20036
                                                          202-833-8040
                                                          Fax: 202-833-8046