## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | **Civil Action No.: 05-cv-02476 (JDB)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of STEVEN J. LEWIS of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff LAURIE JO AINSWORTH WARICH in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046