IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH** <br> 5 Genesseo Circle <br> Milford, MA 01757 <br><br>      **Plaintiff,** <br><br> vs. <br><br> **ELI LILLY AND COMPANY, et al.,** <br> Lilly Corporate Center <br> Indianapolis, IN 46285 <br><br>      **Defendants**. | ) <br> ) <br> ) <br> ) <br> )  **CIVIL ACTION No. 05-2476-JDB** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Dated: December 30, 2005　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON, L.L.P.

　　　　　　　　　　　　　　　　　　　　 /s/ John Chadwick Coots
　　　　　　　　　　　　　　　　　　　　John Chadwick Coots, DC Bar No. 461979
　　　　　　　　　　　　　　　　　　　　600 14th Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　　　　(202) 783-8400 Telephone
　　　　　　　　　　　　　　　　　　　　(202) 783-4211 Facsimile

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　**ELI LILLY AND COMPANY**

128236v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of December, 2005, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

**Attorneys for Defendants**
**Merck & Company, Inc.,**
**Pharmacia and Upjohn Company  and**
**Ortho-McNeil Pharmaceutical, Inc.**

Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for Defendants**
**Glaxosmithkline, Inc.  and**
**Mallinckrodt, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Defendant**
**Elan Pharmaceuticals**

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

**Attorneys for Defendant**
**Bristol-Myers Squibb Company**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Defendant**
**Dart Industries, Inc.**

Sallie Fairlight Pullman
Goodwin Procter, LLP
901 New York Avenue, NW, Suite 900
Washington, DC 20001

**Attorneys for Defendant**
**Premo Pharmaceutical Laboratories, Inc.**

Jodi V. Zagorin
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Washington, DC 22314

**Attorneys for Defendant**
**Person & Covey, Inc.**

- 3 -

Jennifer Gardner Levy
Kirkland & Ellis
655 15th Street, NW
Washington, DC 20005-5793

**Attorneys for Defendant
Abbott Laboratories, Inc.**

                                                  /s/ John Chadwick Coots
                                        **ATTORNEY FOR DEFENDANT
                                        ELI LILLY AND COMPANY**