IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE JO AINSWORTH WARICH<br>5 Genesseo Circle<br>Milford, MA 01757<br><br>     **Plaintiff,**<br><br>vs.<br><br>ELI LILLY AND COMPANY, et al.,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>     **Defendants**. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION No. 05-2476-JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: January 3, 2006        Respectfully Submitted,

                   SHOOK, HARDY & BACON, L.L.P.

                   /s/ Michelle R. Mangrum
                   Michelle R. Mangrum, DC Bar No. 473634
                   600 14th Street, N.W., Suite 800
                   Washington, D.C. 20005-2004
                   (202) 783-8400 Telephone
                   (202) 783-4211 Facsimile

                   **ATTORNEYS FOR DEFENDANT**
                   **ELI LILLY AND COMPANY**

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 3rd day of January, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

**Attorneys for Defendants
Merck & Company, Inc.,
Pharmacia and Upjohn Company and
Ortho-McNeil Pharmaceutical, Inc.**

Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for Defendants
Glaxosmithkline, Inc. and
Mallinckrodt, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Defendant
Elan Pharmaceuticals**

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

**Attorneys for Defendant
Bristol-Myers Squibb Company**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Defendant
Dart Industries, Inc.**

Sallie Fairlight Pullman
Goodwin Procter, LLP
901 New York Avenue, NW, Suite 900
Washington, DC 20001

**Attorneys for Defendant
Premo Pharmaceutical Laboratories, Inc.**

Jodi V. Zagorin
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Washington, DC 22314

**Attorneys for Defendant
Person & Covey, Inc.**

128249v1

- 3 -

Jennifer Gardner Levy
Kirkland & Ellis
655 15th Street, NW
Washington, DC 20005-5793

**Attorneys for Defendant
Abbott Laboratories, Inc.**

  /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**