## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                      )
LAURIE JO AINSWORTH WARICH,           )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        CIVIL ACTION NO.: 1:05CV02476 (JDB)
                                      )        Next Event:
ELI LILLY AND CO., BRISTOL-MYERS      )
SQUIBB CO., THE UPJOHN CO.,   DART    )
INDUSTRIES, GLAXOSMITHKLINE,          )
INC.,  PERSON & COVEY,                )
MALLINCKRODT, INC., PREMO             )
PHARMACEUTICAL LABORATORIES,          )
INC., MERCK & COMPANY, INC.,          )
ELAN PHARMACEUTICALS,                 )
ORTHO-MCNEIL PHARMACEUTICAL,          )
INC., ABBOTT LABORATORIES,            )
100 Abbott Park Road, Abbott Park, Illinois )
60064-3500,                           )
                                      )
        Defendants.                   )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Jennifer G. Levy of KIRKLAND

& ELLIS, LLP as counsel for Defendant Abbott Laboratories in the above-referenced matter.

Dated:  January 3, 2006                 Respectfully Submitted,

                                         _____/S/  Jennifer Levy
                                         Jennifer Gardner Levy (D.C. Bar No. 461921)
                                         KIRKLAND & ELLIS
                                         655 Fifteenth Street, N.W.
                                         Suite 1200
                                         Washington, D.C.  20005
                                         Tel.: (202) 879-5000
                                         Fax: (202) 879-5200

                                         *Attorney for Abbott Laboratories*