UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAURIE JO AINSWORTH WARICH,<br><br>     Plaintiff,<br><br>     v.<br><br>ELI LILLY AND CO., BRISTOL-MYERS SQUIBB CO., THE UPJOHN CO., DART INDUSTRIES, GLAXOSMITHKLINE, INC., PERSON & COVEY, MALLINCKRODT, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., MERCK & COMPANY, INC., ELAN PHARMACEUTICALS, ORTHO-MCNEIL PHARMACEUTICAL, INC., ABBOTT LABORATORIES, 100 Abbott Park Road, Abbott Park, Illinois 60064-3500,<br><br>     Defendants. | CIVIL ACTION NO.: 1:05CV02476 (JDB)<br>Next Event: |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>DEFENDANT ABBOTT LABORATORIES</u>**

       I, the undersigned, counsel of record for defendant Abbott Laboratories, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Abbott Laboratories which have any outstanding securities in the hands of the public:

            Knoll Pharmaceuticals (India) Limited
            Abbott Laboratories (Pakistan) Limited
            Knoll Pharmaceuticals (India) Limited
            Hokuriku Seiyaku Company Limited

       These representations are made, pursuant to LCvR 26.1, in order that judges of this court may determine the need for recusal.

Dated: January 3, 2006                    Respectfully Submitted,

      /S/  Jennifer Levy
Jennifer Gardner Levy (D.C. Bar No. 461921)
KIRKLAND & ELLIS
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
Tel.: (202) 879-5000
Fax: (202) 879-5200

*Attorney for Abbott Laboratories*