IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURIE JO AINSWORTH-WARICH    *

    Plaintiff    *

v.    *    Civil Action No.: 05-CV-2476 (JDB)

ELI LILLY & COMPANY, et al.    *

    Defendants    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE TO ENTER APPEARANCE OF COUNSEL

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker, and Goodell, DeVries, Leech & Dann, LLP, as attorneys for Bristol-Myers Squibb Company, one of the Defendants in the above-captioned case.

                                               /s/
                            Sidney G. Leech  (D.C. Bar No. 359071)
                            Malcolm S. Brisker
                            Goodell, DeVries, Leech & Dann, LLP
                            One South Street, 20th Floor
                            Baltimore, Maryland 21202
                            410-783-4000
                            *Attorneys for Defendant*
                            *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of January, 2006, a copy of Defendant Bristol-Myers Squibb Company's Notice to Enter Appearance of Counsel was sent via first class mail, postage-prepaid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

John Kuckelman, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108;

Michele R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004; *Attorneys for Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendant Pharmacia and Upjohn Company; Merck & Company, Inc. and Ortho-McNeil Pharmaceutical, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue – 12th Floor
Towson, Maryland 21204; ***Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.***

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314; ***Attorneys for Person & Covey, Inc.***

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005; ***Attorneys for Abbott Laboratories.***

Harold M. Walter, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21201; ***Attorneys for Elan Pharmaceuticals***

                                                      /s/
                                         Sidney G. Leech