### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE JO AINSWORTH WARICH | * |
| Plaintiff | * |
| v. | *   Civil Action No. 1:05-CV-02476 |
| | Judge: John D. Bates |
| Eli Lilly and Company, et al | * |
| Defendants | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of GlaxoSmithKline, sued as "GlaxoSmithKline, Inc." in the above captioned matter.

Respectfully submitted,

____/s/_____
Janet K. Coleman (MD06658)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204
(410) 583-8000
**Attorneys for GLAXOSMITHKLINE**