### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURIE JO AINSWORTH WARICH | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. 1:05-CV-02476<br>Judge: John D. Bates |
| Eli Lilly and Company, et al | * | |
|     Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc. in the above captioned matter.

Respectfully submitted,

_____/s/_____
Janet K. Coleman (MD06658)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8000
**Attorneys for Mallinckrodt, Inc.**