**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LAURIE JO AINSWORTH WARICH     *

     Plaintiff                *

v.                                     *       Civil Action No. 1:05-CV-02476
                                           Judge: John D. Bates

Eli Lilly and Company, et al        *

     Defendants         *

                               *

*    *    *    *    *    *    *    *    *    *    *    *

**LCvR 7.1 CERTIFICATE**

      I, the undersigned, counsel of record for Mallinckrodt, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

                      Tyco International Ltd.

      These representations are made in order that the judges of this court may determine the need for recusal.

                                 Respectfully submitted,


                               _____/s/_____

                               Janet K. Coleman (MD06658)
                               WHITNEY & BOGRIS, LLP
                               401 Washington Avenue
                               12th Floor
                               Towson, MD  21204
                               (410) 583-8000
                               **Attorneys for Mallinckrodt, Inc.**