IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> **ELI LILLY AND COMPANY, et al.,** ) <br> ) <br> **Defendants**. ) <br> ) | **CIVIL ACTION No. 05-2476-JDB** |

### DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 9, 2006

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

 /s/ Michelle R. Mangrum
Michelle R. Mangrum, DC Bar No. 473634
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

128149v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 9th day of January, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

**Attorneys for Defendant**
**Bristol-Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

**Attorneys for Defendants**
**Merck & Company, Inc.,**
**Pharmacia and Upjohn Company and**
**Ortho-McNeil Pharmaceutical, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Defendant**
**Dart Industries, Inc.**

Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for Defendants**
**Glaxosmithkline, Inc. and**
**Mallinckrodt, Inc.**

Sallie Fairlight Pullman
Goodwin Procter, LLP
901 New York Avenue, NW, Suite 900
Washington, DC 20001

**Attorneys for Defendant**
**Premo Pharmaceutical Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Defendant**
**Elan Pharmaceuticals**

Jodi V. Zagorin
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Washington, DC 22314

**Attorneys for Defendant**
**Person & Covey, Inc.**

128149v1

Jennifer Gardner Levy
Kirkland & Ellis
655 15th Street, NW
Washington, DC 20005-5793

**Attorneys for Defendant
Abbott Laboratories, Inc.**

                                        /s/ Michelle R. Mangrum
                                      **ATTORNEY FOR DEFENDANT
                                      ELI LILLY AND COMPANY**