## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH,** )<br>)<br>    **Plaintiff,** )<br>) <br>**v.** )<br>)<br>**ELI LILLY AND CO.,** *et al.***,** )<br>)<br>    **Defendants.** ) | Civil Action No. 1:05-cv-2476 |

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jodi V. Zagorin of Hudgins Law Firm as counsel for Defendant Person & Covey, Inc. in this matter.

                                      Respectfully submitted,

                                      PERSON & COVEY, INC.

                                      /s/ Jodi V. Zagorin
                                      Jodi V. Zagorin (D.C. Bar # 472225)
                                      Hudgins Law Firm
                                      515 King Street, Suite 400
                                      Alexandria, Virginia 22314
                                      (703) 739-3300 phone
                                      (703) 739-3700 fax
                                      jzagorin@hudginslawfirm.com

Dated: January 11, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January 2006, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

Aaron M. Levine, Esquire
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiff*

Sidney G. Leech, Esquire
Malcolm S. Brisker, Esquire
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
410-783-4000
*Attorneys for Bristol-Myers Squibb, Co.*

Jennifer Gardner Levy, Esquire
KIRKLAND & ELLIS
655 15th Street, N.W. Suite 1200
Washington, D.C. 20005
*Attorneys for Abbott Laboratories, Inc.*

Janet Coleman, Esquire
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline, Inc. and Mallinckrodt, Inc.*

Elizabeth Ewert, Esquire
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
*Attorneys for Merck & Company, Inc., Ortho-McNeil Pharmaceutical, Inc. and Pharmacia & Upjohn Co.*

Michelle R. Mangrum, Esquire
Shook, Hardy and Bacon, LLP
600 14th Street, Suite 800
Washington, D.C. 20005
*Attorney for Eli Lilly and Co.*

John Kunkelman
Shook, Hardy and Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*Attorney for Eli Lilly and Co.*

John F. Anderson, Esquire
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Christopher J. Garvey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Harold M. Walter, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21201
*Attorney for Elan Pharmaceuticals*

    /s/ Jodi V. Zagorin
    Counsel