## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LAURIE JO AINSWORTH WARICH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 1:05-CV-02476-JDB** |
| | ) | |
| **ELI LILLY AND COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Harold M. Walter as counsel in this case for

Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

I certify that the above-named counsel is admitted to practice in this Court.

Respectfully submitted,

/S/_____
Harold M. Walter, Bar No. MD03387
 Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland 21202
 (410) 752-9700

***Attorneys for Elan Pharmaceuticals, Inc.***
***f/k/a Carnrick Laboratories, Inc.***

Dated: January 12, 2006

#497606v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of January 2006, a copy of defendant

Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.'s Notice of Entry of

Appearance was served on counsel of record via Notice of Electronic Filing to the

following:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
***Attorneys for Plaintiffs***

Sidney G. Leech, Esquire
Malcolm S. Brisker, Esquire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, MD 21202
***Attorneys for Bristol-Myers Squibb, Co.***

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W. Suite 1200
Washington, D.C. 20005
***Attorneys for Abbot Laboratories, Inc.***

Daniel W. Whitney, Esquire
Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204
***Attorneys for GlaxoSmithKline, Inc.***

Michelle R. Mangrum, Esquire
Shook, Hardy and Bacon, LLP
600 14th Street, Suite 800
Washington, D.C. 20005
***Attorneys for Eli Lilly & Co.***

Stephanie Albert, Esquire
Elizabeth Ewert, Esquire
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 110
Washington, D.C. 20005-1209
***Attorneys for Merck & Company, Inc.,
Ortho-McNeil Pharmaceutical, Inc. and
Pharmacia & Upjohn Co.***

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
***Attorneys for Dart Industries, Inc.***

Sallie Fairlight Pullman
Andrew R. Louis, Esq.
Goodwin Proctor LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
***Attorneys for Premo Pharmaceutical
Laboratories, Inc.***

David D. Hudgins
Jodi V. Zagorin
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
***Attorneys for Person & Covey, Inc.***

Daniel W. Whitney, Esquire
Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204
***Attorneys for Mallinckrodt, Inc.***


/S/ _____
Harold M. Walter