IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH**       )<br>                                                                      )<br>           **Plaintiff,**                                      )<br>                                                                      )<br>       v.                                                            )   **Civil Action No.: 1:05-CV-02476-JDB**<br>                                                                      )<br>**ELI LILLY AND COMPANY, et al.**       )<br>                                                                      )<br>           **Defendants.**                              )<br>                                                                    ) | |

### DEFENDANT ELAN PHARMACEUTICALS, INC.'S
### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc. ("Elan"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Elan which have any outstanding securities in the hands of the public:

Elan Pharmaceuticals, Inc.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*/S/*_____
Harold M. Walter, Bar No. MD03387
 Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland 21202
 (410) 752-9700

*Attorneys for Elan Pharmaceuticals, Inc. f/k/a*
*Carnrick Laboratories, Inc.*

#497627v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2006, a copy of defendant Elan Pharmaceuticals, Inc. Certificate Required by LCvR 7.1 of the Local Rules was served on counsel of record via Notice of Electronic Filing to the following:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Michelle R. Mangrum, Esquire
Shook, Hardy and Bacon, LLP
600 14th Street, Suite 800
Washington, D.C. 20005
*Attorneys for Eli Lilly & Co.*

Sidney G. Leech, Esquire
Malcolm S. Brisker, Esquire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb, Co.*

Stephanie Albert, Esquire
Elizabeth Ewert, Esquire
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 110
Washington, D.C. 20005-1209
*Attorneys for Merck & Company, Inc., Ortho-McNeil Pharmaceutical, Inc. and Pharmacia & Upjohn Co.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W. Suite 1200
Washington, D.C. 20005
*Attorneys for Abbot Laboratories, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Daniel W. Whitney, Esquire
Janet K. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204
*Attorneys for GlaxoSmithKline, Inc.*

Sallie Fairlight Pullman
Andrew R. Louis, Esq.
Goodwin Proctor LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

David D. Hudgins
Jodi V. Zagorin
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
*Attorneys for Person & Covey, Inc.*

Daniel W. Whitney, Esquire
Janet K. Coleman
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, Maryland 21204
*Attorneys for Mallinckrodt, Inc.*

/S/_____
Harold M. Walter

#497627v.1