IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE JO AINSWORTH WARICH,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-02476 (JDB) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

TO:   The Clerk of the Court

The Clerk will note the above-captioned case as dismissed with prejudice as to all Defendants.

Respectfully submitted,

AARON M LEVINE & ASSOCIATES


 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff


Approved this _____ day of _____, 2006.


_____
JOHN D. BATES
United States District Judge