IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE JO AINSWORTH WARICH, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 05-cv-02476 (JDB) |
| ] | Next Event: |
| ELI LILLY AND COMPANY, et al., ] | |
| ] | |
| Defendants. ] | |

### PRAECIPE OF DISMISSAL WITH PREJUDICE

TO:   The Clerk of the Court

The Clerk will note the above-captioned case as dismissed with prejudice as to all Defendants.

Respectfully submitted,

AARON M LEVINE & ASSOCIATES


/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040

Counsel for Plaintiff


Approved this 23rd day of January, 2006.


JOHN D. BATES
United States District Judge

